UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 07 CR 50073 |
| | Judge Kapala |
| v. | Magistrate Judge Mahoney |
| ELERSON W. EMBERY | Violation: Title 18, United States Code, Section 641 |

The DECEMBER 2006 GRAND JURY charges:

From or about June 24, 2004, through on or about October 31, 2005, at Rockford, in the Northern District of Illinois, Western Division,

ELERSON W. EMBERY,

defendant herein, did embezzle, steal, purloin, and knowingly convert to his own use money of the United States, namely $23,658.85 in Social Security benefits, to which he was not entitled;

In violation of Title 18, United States Code, Section 641.

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY

No.: 07 cr 50013

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

UNITED STATES OF AMERICA

vs.

ELERSON W. EMBERY

**INDICTMENT**

Violation(s): Title 18, United States Code, Section 641

A true bill,

_____
Foreman

Filed in open court this ___ day of ___ A.D. 2007

_____
Clerk

Bail, $



FILED
DEC 2007
U.S. DISTRICT COURT