AO 442 (Rev.5/93 WP) Warrant for Arrest                                    AUSA MARK T. KARNER, (815)987-4444

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

UNITED STATES OF AMERICA

v.

ELERSON W. EMBERY

**WARRANT FOR ARREST**

CASE NUMBER: 07 CR 50073

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest, defendant herein, and bring him forthwith to the nearest Magistrate Judge to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of Court  ☐ Violation Notice  ☐ Violation Petition

charging him or her with (brief description of offense):

Social Security fraud

in violation of Title __18__, United States Code, Section(s) __641__

FILED
JAN 15 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

P. MICHAEL MAHONEY
Name of Issuing Officer

Signature of Issuing Officer

U.S. MAGISTRATE JUDGE
Title of Issuing Officer

12/18/07; Rockford, Illinois
Date and Location

Bail fixed at $ _____ by _____
                                Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| | C. Allen (RGD) DEPUTY U.S. MARSHAL | C. Allen Reed |
| DATE OF ARREST 1/15/08 | | |