Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Frederick Kapala | Sitting Judge if Other than Assigned Judge | Michael T. Mason |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 50073 | **DATE** | 1/15/2008 |
| **CASE TITLE** | United States vs. Elerson Embery | | |

**DOCKET ENTRY TEXT**

Arraignment/initial appearance proceedings held on 1/15/08. Defendant informed of his rights. Haneef Omar is appointed as counsel for defendant. Defendant enters plea of not guilty to the indictment. 16.1 conference to be held by and financial affidavit due by 1/22/08. Pretrial motions to be filed by 2/15/08. Status hearing before Judge Mahoney set for 2/21/08 at 11:00 a.m. Time of 1/15/08 to and including 2/21/08 is excluded under 18 U.S.C. § 3161(h)(1) (X-E). Bail hearing held. Enter Order Setting Conditions of Release.

Docketing to mail notices.

00:10

# FILED

JAN 1 5 2008

**MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT**

| | Courtroom Deputy Initials: | KF |
|---|---|---|