## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Frederick J. Kapala | **Sitting Judge if Other than Assigned Judge** | P. Michael Mahoney |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 50073 - 1 | **DATE** | 3/27/2008 |
| **CASE TITLE** | USA vs. ELERSON EMBERY | | |

**DOCKET ENTRY TEXT:**

Status hearing held. Counsel report defendant ready for transfer. Defendant is transferred to Judge Kapala's calendar. Defendant's oral motion for an extension of time to April 4, 2008 to file pretrial motions is granted. USA's oral motion for the time of March 27, 2008 to and including April 4, 2008 to be deemed excludable under 18 USC 3161(h)(1) (X-E) is granted. Status hearing set before Judge Kapala for April 4, 2008 at 9:00 am.

Notice mailed by Judicial Staff.
*Copy to judge/magistrate judge.

00:10

| | Courtroom Deputy Initials: | GG |
|---|---|---|