UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | No. 07 CR 50073 |
| | ) | Judge Frederick J. Kapala |
| ELERSON EMBERY | ) | |

**UNITED STATES' MOTION FOR
REVOCATION OF RELEASE ORDER AND ARREST WARRANT**

The UNITED STATES OF AMERICA, by its attorney, PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, respectfully moves this court to revoke the order of release for the defendant, Elerson Embery, and states:

1. On January 15, 2008, United States Magistrate Judge P. Michael Mahoney ordered the pretrial release of defendant Elerson Embery ("Embery"). Among the conditions contained in the Order Setting Conditions of Release are, "The defendant shall maintain or actively seek employment" and "The defendant shall report to the Pretrial Services Officer as directed."

2. The above-referenced case has been set for sentencing hearing before the Honorable Judge Frederick J. Kapala on July 8, 2008.

3. Senior Pretrial Services Officer ("SPSO") Natalie Guichard has informed the government that on May 16, 2008, defendant submitted a urine sample to the United States Probation Office that tested positive for the presence of marijuana. In addition, SPSO Guichard has informed the government that the defendant failed to report to Pretrial Services on June 4, 2008, as directed.

4. SPSO Guichard has informed the government that on June 10, 2008, defendant was

charged with possession of cannabis in the Circuit Court of Winnebago County Illinois in case number 08 CM 4265.

     5.     SPSO Guichard has informed the government that in April 2008, defendant was charged with illegal possession of a firearm in the Circuit Court of Winnebago County Illinois in case number 08 CF 754. On May 2, 2008, defendant failed to appear for a status hearing in that case and an order of bond forfeiture and arrest warrant were issued. Winnebago County case number 08 CF 754 is set for hearing on a motion to vacate the bond forfeiture and bench warrant on June 19, 2008.

WHEREFORE, pursuant to 18 U.S.C. § 3148(b), the United States moves this court to revoke its previously issued order of release, and to issue a warrant for the defendant's arrest.

          Respectfully submitted,

          PATRICK J. FITZGERALD
          United States Attorney

BY: \s
          MARK T. KARNER
          Assistant United States Attorney
          308 West State Street - Suite 300
          Rockford, Illinois 61101
          (815) 987-4444