UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 07 CR 50073 |
| v. | ) | |
| | ) | Judge Frederick J. Kapala |
| ELERSON EMBERY | ) | |

**AMENDED NOTICE OF MOTION**

To:  Elerson Embery          Haneef Omar
     3032 Arcadia Terrace    Federal Public Defender
     Rockford, IL  61101     202 W. State Street, Suite 600
                             Rockford, Illinois  61101

**PLEASE TAKE NOTICE** that on Monday, June 23, 2008, at 3:30 p.m., at the opening of Court or as soon thereafter as counsel may be heard, I will appear before United States District Judge Frederick J. Kapala in the courtroom usually occupied by him in the United States Courthouse, 211 South Court Street, Rockford, Illinois, or before such other district court judge as may be sitting in his place and stead, and then and there present: United States' Motion To Revoke Bond at which time and place you must appear.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

BY:  /s Mark T. Karner
     MARK T. KARNER
     Assistant United States Attorney
     308 West State Street - Rm. 300
     Rockford, Illinois  61101
     815-987-4444

**CERTIFICATE OF FILING AND SERVICE**

The undersigned Assistant United States Attorney hereby certifies that in accordance with FED. R. CRIM. P. 49, FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), on June 20, 2008, the following document:

NOTICE OF MOTION

was served pursuant to the district court's ECF system as to ECF filers, if any, and was sent by first-class mail to the following non-ECF filer:

Dennis Robert Stebbins
1338 Grandview
Algonquin, IL  60102

and was hand-delivered to the following non-ECF filers:

Natalie Guichard
United States Pretrial Services Officer
211 South Court Street – Room 114
Rockford, IL  61101

Haneef Omar
Federal Public Defender
202 West State Street, Suite 600
Rockford, IL 61101

/s Mark T. Karner
MARK T. KARNER
Assistant United States Attorney
308 West State Street - Room 300
Rockford, Illinois  61101
815-987-4444