## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Frederick J. Kapala | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 50073 | **DATE** | 6/23/2008 |
| **CASE TITLE** | USA vs. Elerson Embery | | |

**DOCKET ENTRY TEXT:**

United States' motion for revocation of release order and for issuance of arrest warrant presented. Defendant does not appear. Issue warrant for arrest.

*Notices mailed by Judicial staff.*

00:30

| | Courtroom Deputy Initials: | sw |
|---|---|---|