AO 442 (Rev.5/93 WP) Warrant for Arrest

AUSA MARK T. KARNER, (815)987-4444

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

UNITED STATES OF AMERICA

v.

ELERSON EMBERY

**WARRANT FOR ARREST**

CASE NUMBER: 07 CR 50073

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest, defendant herein, and bring him forthwith to the nearest Magistrate Judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of Court  ☒ Violation Notice  ☐ Violation Petition

charging him or her with (brief description of offense):

Violation of Bond

in violation of Title __18__, United States Code, Section(s) __3142__

**FILED**

JUL 0 8 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

FREDERICK J. KAPALA
Name of Issuing Officer

U.S. DISTRICT COURT JUDGE
Title of Issuing Officer

[signature]
Signature of Issuing Officer

June 24, 2008; Rockford, Illinois
Date and Location

Bail fixed at $ __no bail__     by __[signature]__
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| | C. Allen Reed | C. allen |
| DATE OF ARREST 7/8/08 | DEPUTY U.S. MARSHAL | |