# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Frederick J. Kapala | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 50073 - 1 | **DATE** | 7/8/2008 |
| **CASE TITLE** | USA vs. Elerson Embery | | |

**DOCKET ENTRY TEXT:**

Sentencing hearing held. Defendant appears. Defendant's oral motion to quash arrest warrant is granted. United States' motion for revocation of release order [13] is dismissed. Enter judgment in a criminal case. Transcript to stand as findings of fact and conclusions of law.

*[signature]*

Docketing to mail notices.

01:00

**F I L E D**

JUL 1 0 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | Courtroom Deputy Initials: | sw |
|---|---|---|