Judgment — Page 2 of 6

DEFENDANT: Elerson W. Embery
CASE NUMBER: 07 CR 50073-1

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

4 months

☐ The court makes the following recommendations to the Bureau of Prisons:

X  The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

  ☐ a _____ ☐ a.m. ☐ p.m. on _____ .

  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐ before 2 p.m. _____ .

  ☐ as notified by the United States Marshal.

  ☐ as notified by the Probation or Pretrial Services Office.

**FILED**

AUG 1 2 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## RETURN

I have executed this judgment as follows:

Defendant delivered  8-5-08  to  FCI Sandston

at  MW,  , with a certified copy of this judgment.

Subject was picked up at ALL Chicago
IL, and on 8-4-08
delivered to FCI Oxford
for further removal the designated institution.

Lieutenant, USP-THA BUS

_____
UNITED STATES MARSHAL

By  FCC THA BOP Bus
DEPUTY UNITED STATES MARSHAL